In the Matter of SABINA JESSICA S. SUFFOLK COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; PASQUALE S., Appellant.

Submitted December 11, 2006; decided January 9, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.